## GENERAL DYNAMICS CORPORATION, Plaintiff–Appellee,

v.

## THE UNITED STATES, Defendant–Appellant.

### No. 02–5053.

United States Court of Appeals, Federal Circuit.

Jan. 30, 2002.

### *ORDER*

Upon consideration of the request of defendant-appellant United States to withdraw its appeal in the above captioned

---

* Because we conclude that Revson does not have standing to bring this appeal, we need

action, the motion is GRANTED and the appeal is DISMISSED.

No costs.